UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MORROW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STAY WINNING BOUTIQUE, LLC,<br><br>　　　　　Defendant. | No. 2:23-cv-02167 AC<br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　This case was filed October 2, 2023.  ECF No. 1.  This action has been assigned to the Magistrate Judge under the court's automated case assignment plan.  Local Rules, Appendix A, subsection (m).  On the day of filing, a scheduling order was issued in this case ordering the plaintiff to serve a copy of the scheduling order and complete service of process within 90 days of filing the complaint.  ECF No. 3 at 2.  Plaintiff filed proof of service on November 1, 2023.  ECF No. 4.  Per the summons, defendant was filed to answer within 21 days of service.  ECF No. 2.  On January 1, 2024, the undersigned issued an order to show cause why this case should not be dismissed for failure to prosecute.  ECF No. 7.  Plaintiff timely responded on February 9, 2024, that the parties were close to a settlement agreement and asked that the case not be dismissed.  ECF No. 7.

　　　　Over three months have passed, and the court has not been notified of a settlement.  Defendant has not answered or appeared in this case in any way.  Plaintiff has taken no action to advance the case, such as seeking entry of default from the Clerk of Court.  Accordingly, this

1  action is not moving forward, and the court is inclined to recommend dismissal for failure to
2  prosecute.
3      Therefore, IT IS HEREBY ORDERED that plaintiff shall Show Cause, in writing, within
4  7 days of this order, why this action should not be dismissed for failure to prosecute.  Seeking an
5  entry of default from the clerk of court or taking any other action available under the Federal and
6  Local Rules to move this case forward will automatically discharge this order.  However, a
7  statement that settlement is imminent is not sufficient and will not discharge the order.  If plaintiff
8  fails to comply with this order, the undersigned will recommend the case will be dismissed
9  without prejudice for failure to prosecute.
10  DATED: May 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE