UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Johnson Morrow,<br><br>Plaintiff,<br><br>v.<br><br>Stay Winning Boutique LLC,<br><br>Defendant. | Case No. 2:23-cv-02167-WBS-AC<br><br>**ORDER CONTINUING NOVEMBER 18, 2024 SCHEDULING CONFERENCE** |

On November 5, 2024, Plaintiff Jamie Johnson Morrow ("*Plaintiff*") moved this honorable Court to continue the Scheduling Conference that is currently scheduled for November 18, 2024.

**IT IS HEREBY ORDERED** that the Scheduling Conference be continued to **February 24, 2025 at 1:30 p.m.**  A joint status report shall be filed no later than **February 10, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed August 7, 2024 (Docket No. 14).

IT IS SO ORDERED.

Dated:  November 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE