UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MORROW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAY WINNING BOUTIQUE LLC,<br><br>　　　　Defendant. | No.  2:23-cv-2167 WBS AC<br><br><br>ORDER |

　　　　The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

　　　　On February 28, 2025 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 20.  No objections have been filed to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed April 24, 2025, are adopted in full; and

　　　　2. Plaintiff's motion for default judgment (ECF No. 17) is GRANTED;

　　　　3. Plaintiff is awarded $1,500.00 in statutory damages, $494.00 in costs, and $5,505.00

1

1 | in attorneys' fees, for a total award of $7,499.00.

2 |     4.  This case is closed.

3 | Dated:  May 2, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10 | Morr2167.800